COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-374-CV

 

IN RE WENDELL S. MCCALL                                                     RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

 The court has considered relator=s
petition for writ of mandamus.  Because
relator has an adequate remedy by appeal, the court is of the opinion that
relief should be denied.  Accordingly,
relator=s
petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL A: 
DAUPHINOT, J., CAYCE, C.J.; and GARDNER, J.

 

DELIVERED: 
November 6, 2007











    [1]See
Tex. R. App. P. 47.4.